No. 262. SHAW-WALKER COMPANY ET AL. *v.* NATIONAL BENEFIT LIFE INSURANCE Co. ET AL. October 14, 1940. Petition for writ of certiorari to the Court of Appeals for the District of Columbia denied. *Messrs. Levi H. David, Robert H. McNeill,* and *Henry Lincoln Johnson, Jr.,* for petitioners. *Messrs. John E. Laskey* and *Francis C. Brooke* for respondents.

No. 270. BOLLES *v.* TOLEDO TRUST COMPANY, EXECUTOR. October 14, 1940. Petition for writ of certiorari to the Supreme Court of Ohio denied. *Mr. George D. Welles* for petitioner. *Mr. Gustavus Ohlinger* for respondent.

No. 275. BARNES, TRADING AS BARNES & LOFLAND, *v.* REED, RECEIVER. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Michael J. Ryan* for petitioner.

No. 277. AUTOMATIC DEVICES CORP. *v.* SINKO TOOL & MFG. Co. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Drury W. Cooper, Thomas J. Byrne,* and *Henry M. Huxley* for petitioner. *Messrs. Bernard A. Schroeder, Russell Wiles,* and *George A. Chritton* for respondent.

No. 280. SUBIN ET AL., TRADING AS ARCADIA HOSIERY Co. *v.* NATIONAL LABOR RELATIONS BOARD. October 14, 1940. Petition for writ of certiorari to the Cir-